WWW.GVLAW.COM

**GALLO VITUCCI KLAR** LLP

Melissa Patzelt-Russo
Associate
90 Broad Street, 12th Floor
New York, NY 10004
mjordan@gvlaw.com
646-695-1749

March 19, 2025

<u>Via ECF</u>
Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  Shauna C. King v. Edgar Trucking LLC *et al.*
     Case No.: 1:25-cv-01513-MMG
     Our File No.: PROG. 2024-415

Dear Honorable Judge Garnett:

This office represents the Defendants in the above-referenced matter. An initial conference is presently set for <u>April 22, 2025, at 11:30 a.m.</u> (DE 5). The conference is set to take place in person. Undersigned counsel is presently scheduled for a deposition at the same time. In this regard, our office kindly requests that the upcoming conference be adjourned to either April 21, 2025, or April 23, 2025. There have been no prior adjournments to this conference. Counsel for Plaintiff has no objection to the request to adjourn the conference.

We thank you in advance for your consideration, and remain,

Very truly yours,

GALLO VITUCCI KLAR LLP

*Melissa Patzelt-Russo*

Melissa Patzelt-Russo

---

**Application GRANTED.** The Initial Pretrial Conference currently scheduled for April 22, 2025, at 11:30 a.m. is hereby **ADJOURNED to Wednesday, April 23, 2025, at 10:00 a.m.** The conference shall be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. All other dates and deadlines remain in effect, including the deadline for the parties to submit their joint letter and proposed Civil Case Management Plan, no later than April 15, 2025. The Clerk of Court is respectfully directed to terminate Dkt. No. 7.

SO ORDERED. Date: 3/19/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Manhattan (Downtown) 90 Broad Street, 12th Floor, New York, NY 10004  Manhattan (Midtown) 630 3rd Ave, 3rd Floor, New York, NY 10017
Westchester 3 West Main Street, Suite 302, Irvington, NY 10533  Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797
New Jersey 3 University Plaza, Suite 402, Hackensack, NJ 07601