***Harmon, Linder & Rogowsky***
*Attorneys at Law*
3 Park Avenue, 23rd Floor
Suite 2300
New York, NY 10016
Tel. (212) 732-3665
Fax. (212) 732-1462

David Harmon, Esq. *
*(1917-2013)
Mark J. Linder, Esq.
Ira Rogowsky, Esq.
Thomas A. Graci, Esq.
Bret Myerson, Esq.
Keith Mininson, Esq.
Michelle Jean-Jacques, Esq
Eric Mausolf, Esq
Jordan Byrd, Esq.
Thomas Mutone, Esq.

Jean Osnos, Esq.
Elisabeth Morgan, Esq.
Travis Frank, Esq.
Max Sverdlove, Esq.
Dwayne Crispell, Esq.
Rayne Sassower, Esq.
Martin Schwartz, Esq.
Steven Loren, Esq.
Danny Diaz, Esq.
Kesete Taye, Esq.
Jordan Hoch, Esq.

June 30, 2026

**VIA ELECTRONIC FILING**
Honorable District Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *Shauna King v. Edgar Trucking, LLC and Edgar Mena*
Civil Docket No.: 25-CV-01513 (MMG)

Dear Judge Garnett:

As directed by the Court order, the parties submit this joint status update regarding the Arbitration.

The parties have scheduled a private binding arbitration with NAM to take place on October 27, 2026, before Richard J. Fodera serving as arbitrator. The parties anticipate the resolution of the matter after the conclusion of the binding arbitration.

Accordingly, the parties respectfully request that this matter be removed from the trial calendar and that Defendants Motion for Summary Judgment, filed on June 12, 2026 (Dkt. Nos. 30-33), be withdrawn in light of the scheduled arbitration.

The parties thank the Court for its courtesy and consideration in this matter.

**RESPECTFULLY SUBMITTED AND JOINTLY FILED BY COUNSEL**

*Michelle Jean-Jacques*
Michelle Jean-Jacques, Esq.
**Harmon, Linder and Rogowsky**
Attorneys for Plaintiff
**Shauna King**

*Melissa Patzelt-Russo*
Melissa Patzelt-Russo, Esq.
**Gallo, Vitucci, Klar, LLP**
Attorneys for Defendants
**Edgar Trucking, LLC and Edgar Mena**

GRANTED. Because the parties have decided to submit this matter to binding arbitration (Dkt. No. 35), it is hereby ORDERED that this matter be STAYED. All deadlines and scheduled Court appearances, including the trial beginning on November 2, 2026 (see Dkt. No. 27), are ADJOURNED *sine die*. Defendants' June 12, 2026 motion for summary judgment (Dkt. No. 30) is hereby DENIED AS MOOT. The parties are further ORDERED to provide a status update regarding the arbitration on **September 10, 2026**, or within one week of the conclusion of the arbitration, whichever is sooner. The Clerk of Court is respectfully directed to terminate Dkt. No. 30.

SO ORDERED. Dated July 6, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE